UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were scheduled to be called on **OCTOBER 30, 2019, before SENIOR U. S. DISTRICT JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, New Orleans, Louisiana,** for plaintiff/counsel for plaintiff to show cause why the defendants noted should not be dismissed for failure to prosecute.   **IT IS ORDERED** that said cases be disposed of as indicated below:

**19-2527**         **NATALIE WALKER VS. GEORGE BUDWELL, ETC., ET AL**
JS10: 0:02     A Notice of Removal was filed on March 20, 2019.
The case was called on July 17, 2019, and plaintiff was ordered to file proof of service into the record by September 17, 2019.
No return of service or responsive pleading has been filed as to George Budwell.
**CASE CALLED:   No appearance by counsel - ORDERED that George Budwell is DISMISSED without prejudice for plaintiff's failure to prosecute.**

**19-10675**      **UNITED STATES OF AMERICA VS. OLEVER TURNER RILEY, ET AL**
The complaint was filed on May 24, 2019.
No return of service or responsive pleading has been filed as to Olever Turner Riley.
**CASE NOT CALLED: Waivers of Service filed, R. Docs. 12 through 16.**

**19-11520**      **DARELL JACKSON VS. MULTIFAMILY MANAGEMENT, INC.,**
JS10: 0:02    **ETC.**
The complaint was filed on July 3, 2019.
No return of service or responsive pleading has been filed as to Multifamily Management, Inc.
**CASE CALLED:   No appearance by counsel – ORDERED that the case is DISMISSED without prejudice for plaintiff's failure to prosecute.**

**19-11525**      **BRIAN SIMMONS VS. MARRERO DG, LLC**
JS10: 0:02    The complaint was filed on July 5, 2019.
No return of service or responsive pleading has been filed as to Marrero DG, LLC.
**CASE CALLED:   No appearance by counsel – ORDERED that the case is DISMISSED without prejudice for plaintiff's failure to prosecute.**

**19-11582**   **MICHAEL WHITE VS. ALLIANCE OFFSHORE, L.L.C.**
The complaint was filed on July 8, 2019.
No return of service or responsive pleading has been filed as to Allied Offshore, L.L.C.
**CASE NOT CALLED:   Wavier of Service filed, R. Doc. 5. Answer was due on 10/8/2019.   PASSED for 30 days.**

**19-11859**   **CINDY LIRETTE TABOR VS. COX OPERATING, L.L.C, ET AL**
The complaint was filed on July 25, 2019.
No return of service or responsive pleading has been filed as to Energy XXI Gulf Coast LLC, etc.
**CASE NOT CALLED:   Energy XXI Gulf Coast LLC has been DISMISSED without prejudice, R. Doc. 13.**

New Orleans, Louisiana, the 30th day of October 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE